IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| TEEL S. STYLES, | § | |
|---|---|---|
| Plaintiff, | § | |
| V. | § | No. 3:18-CV-0692-D |
| AIR SERVE CORPORATION, | § | |
| Defendant. | § | |

**ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on April 24, 2018. On May 7, 2018 plaintiff filed objections. The district judge reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

May 17, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE